**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MEDVERSANT TECHNOLOGIES, LLC, a California Limited Liability Company; EDWARD SIMON, DC, an individual; AFFILIATED HEALTH CARE ASSOCIATES, P.C., an Illinois Corporation; and DOES 1 through 30, Inclusive,<br><br>Defendants. | CV 15-8205 PA (AGRx)<br><br>JUDGMENT |

Pursuant to this Court's September 28, 2023 Minute Order granting the Motion to Enforce Settlement Agreement filed by plaintiff Travelers Property Casualty Company of America ("Plaintiff"), which enforces the terms of a settlement agreement between plaintiff and defendant Medversant Technologies, LLC ("Defendant"), it is hereby ORDERED, ADJUDGED, AND DECREED:

1. Plaintiff shall have judgment in its favor and against Defendant; and

2. Plaintiff shall recover from Defendant the amount of $946,205.65 (consisting of the unpaid balance of $552,659 and prejudgment interest of $393,546.65); and

1       3.      None of the insurance policies issued by Plaintiff covers any of the claims stated against Defendant in <u>Affiliated Health Care Associates, P.C., etc. v. Medversant Technologies, etc., et al.</u>, United States District Court for the Eastern District of Illinois, Case No. 1:14-cv-10247 and <u>Edward Simon, DC v. Healthways, Inc., etc., et al</u>, Los Angeles Superior Court Case No. 557772, removed to the United States District Court for the Central District of California, Case No. 14-cv-08022 BRO (JCx); and

        4.      Plaintiff is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a).

        The Clerk is ordered to enter this Judgment.

DATED: September 28, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE